NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant*

**v.**

**PARUS HOLDINGS INC.,**
*Appellee*

---

2022-1143, 2022-1144

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00686, IPR2020-00687.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

2                         APPLE INC. V. PARUS HOLDINGS INC.

                                        FOR THE COURT

March 7, 2023
    Date                          /s/ Peter R. Marksteiner
                                  Peter R. Marksteiner
                                  Clerk of Court


**ISSUED AS A MANDATE:** March 7, 2023